994

No. 1256. STIFEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1260. STATE OF ISRAEL *v.* THE NILI ET AL. C. A. 5th Cir. Certiorari denied.

No. 1261. ALTMAN *v.* STOCKTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 1263. NEW YORK STOCK EXCHANGE *v.* THILL SECURITIES CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 1264. GIBBS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1268. DELANO, INC. *v.* ARNOLD. Sup. Ct. Ill. Certiorari denied.

No. 1271. DAVIS ET AL. *v.* NEWS ET AL. C. A. 2d Cir. Certiorari denied.

No. 1283. VIRDEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6184. McGUANE *v.* CHENANGO COURT, INC. C. A. 2d Cir. Certiorari denied.

No. 6225. RICHESON *v.* HORNSTEIN, DBA ROGERS DISCOUNTLAND, ET AL. Cir. Ct. Macon County, Ill. Certiorari denied.

No. 6305. BREWER *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 6311. MITCHELL *v.* CARDWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.